NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE: C. DOUGLASS THOMAS,**
*Appellant*

---

2019-2053

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/253,299.

---

**JUDGMENT**

---

C. DOUGLASS THOMAS, TI Law Group, PC, San Jose, CA, argued pro se.

NICHOLAS THEODORE MATICH, IV, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, AMY J. NELSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 5, 2020          /s/ Peter R. Marksteiner
Date                   Peter R. Marksteiner
                       Clerk of Court